

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| CHARLES MICHAEL EDENFIELD,<br>　　　　Plaintiff, | §<br>§<br>§ | |
| vs. | § | CIVIL ACTION NO.  4:05-0952-HFF-TER |
| | § | |
| J.  REUBEN LONG DETENTION CENTER;<br>TOM FOX; and LCP HARING;<br>　　　　Defendants. | §<br>§<br>§<br>§ | |

ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE
MAGISTRATE JUDGE AND DISMISSING THE ACTION

This is a Section 1983 action.  Plaintiff is proceeding *pro se*.  The matter is before the Court for review of the report and recommendation (report) of the United States Magistrate Judge in which he suggests that the case by dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.  The report is made in accordance with 28 U.S.C. § 636, and Local Rule 73.02 for the District of South Carolina.

The Magistrate Judge makes only a recommendation to this Court.  The recommendation has no presumptive weight.  The responsibility to make a final determination remains with the Court. *See Matthews v. Weber*, 423 U.S. 261, 270 (1976).  The Court is charged with making a *de novo* determination of those portions of the report to which specific objection is made, and the Court may accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions.  *See* 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the report on July 22, 2005. Plaintiff failed to file any objections to the report.[1] In the absence of objections, the Court is not required to give any explanation for adopting the recommendation. *See Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983).

After a thorough review of the report and the record in this case pursuant to the standards set forth above, the Court adopts the report and incorporates it herein. Therefore, it is the judgment of this Court that the case by **DISMISSED** according to Rule 41(b) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Signed this 18th day of August, 2005, in Spartanburg, South Carolina.

s/ Henry F. Floyd
HENRY F. FLOYD
UNITED STATES DISTRICT JUDGE

*****

**NOTICE OF RIGHT TO APPEAL**

Plaintiff is hereby notified that he has a right to appeal this Order within thirty (30) days from the date hereof, pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure.

---

[1] The Court notes that Plaintiff is likely unaware of the report since, on August 9, 2005, and on August 16, 2005, after the Clerk of Court had mailed the report to an alternate address, Plaintiff's copy of the report was returned marked "Undeliverable." In light of present posture of the case, however, and the arguments contained therein, the Court has no option but to dismiss the action.